**THE LAW OFFICE OF STEPHEN J. NATOLI**
**110A MEADOWLANDS PARKWAY, SUITE 101**
**SECAUCUS, NEW JERSEY 07094**
*Email: stephen@sjnlawyer.com * Phone: 201-470-3215 * Fax: 201-907-1308*

August 5, 2025

<u>*Via PACER and E-Mail*</u>
The Honorable Edward S. Kiel, U.S.D.J.
United States District Court – District of New Jersey
4th and Cooper Streets
Camden, New Jersey 08101

   **RE:** *United States of America v. Dominique Saczawa*
      1:25-cr-323

Dear Judge Kiel,

  I represent the defendant, Dominique Saczawa, in the above captioned matter. This case is currently scheduled for sentencing on September 22, 2025, at 11:00am.

  After interviewing Ms. Saczawa for her presentence report, Probation sent Ms. Saczawa HIPAA release forms. Said forms were to be processed through the jail's mail system. She never received them. Undelivered mail is a common issue for many of my clients in the jail. In this case it has caused a significant delay in processing the necessary authorizations.

  Subsequently, I delivered the authorizations to the jail's mailbox. The hand delivered authorizations also took very long to make it to my client. Growing concerned that the second set of authorizations were never going to make it to Ms. Saczawa, I went to the jail and her sign a third set in person. This third set has now been forwarded to probation for their use.

  I anticipate this delay impacting probation's ability to obtain records relevant to Ms. Saczawa's Pre-Sentence Report. Given the near certainty that the records will not be fully obtained and reviewed by September 22, 2025, I am respectfully requesting that the Court adjourn Ms. Saczawa's sentence sixty to ninety days.

  The Government has consented to my request.

                  Respectfully,

                  /s/ *Stephen J. Natoli*
                  STEPHEN J. NATOLI, ESQ.

SJN/kg