# THE LAW OFFICE OF STEPHEN J. NATOLI
## 110A MEADOWLANDS PARKWAY, SUITE 101
## SECAUCUS, NEW JERSEY 07094
*Email: stephen@sjnlawyer.com * Phone: 201-470-3215 * Fax: 201-907-1308*

February 10, 2026

<u>*Via Pacer*</u>
The Honorable Edward S. Kiel, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   Re: *United States of America v. Dominique Saczawa*

Dear Judge Kiel,

  Counsel for the Government and the defense have reached an agreement in principle regarding resolution of this matter. The Government anticipates being able to circulate a revised written plea agreement in the near term.

  I will require additional time to review the final agreement with Ms. Saczawa at the jail prior to execution. Given my existing court schedule during the upcoming week, additional time is necessary to complete that process in a meaningful and unhurried manner.

  In light of the parties' progress and the limited remaining steps required to finalize the paperwork, I respectfully request that the Court carry the February 17, 2026 date. In the alternative, the parties would welcome a brief status conference by telephone or videoconference to update the Court regarding the status of the matter.

  Carrying the date would allow the parties to finalize the agreement without requiring unnecessary travel to Camden while the paperwork is still being completed. I also have a previously scheduled plea proceeding in Newark before Judge Neals on February 17, 2026, which presents a scheduling conflict.

  The parties appreciate the Court's consideration and are prepared to proceed promptly once the agreement is finalized.

                    Respectfully,

                    */s/ Stephen J. Natoli*
                    STEPHEN J. NATOLI, ESQ.