DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**Dominique Saczawa**,<br><br>Defendant. | Criminal No. 25-323<br><br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Dominique Saczawa.

Date: April 29, 2026

ROBERT FRAZER
United States Attorney

By: _____
Rachelle M. Navarro
Assistant United States Attorney